DENLEA & CARTON LLP

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

**VIA ECF**

October 7, 2026

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Roy et al. v. Garza Food Ventures et al.*, 1:26-cv-06055-HG**

Dear Judge Gonzalez:

This firm represents plaintiffs Shahayra Roy and Azizah Ali ("Plaintiffs") in this matter. We write in response to Your Honor's October 1, 2026, Order to Show Cause.

**Background**

As the Court noted in its Order, on September 30, 2026, Plaintiffs filed a complaint alleging generally that Defendants Garza Food Ventures, LLC d/b/a Siete Foods and PepsiCo, Inc. ("Defendants") engaged in deceptive trade practices in the manufacture, advertisement, and sale of Siete brand potato chips and corn tortilla chips that were labelled and marketed as being "MADE WITH AVOCADO OIL" (the "Class Products"). (ECF No. 1, ¶¶ 7, 12-13.) Plaintiffs seek to represent a nationwide class as well as a New York subclass and a California subclass. Plaintiffs assert that the Court has jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2).

**The Court Has Subject Matter Jurisdiction**

On January 17, 2025, PepsiCo, Inc. ("PepsiCo") acquired Garza Food Ventures, LLC d/b/a Siete Foods ("Siete") for a reported $1.2 billion. (ECF No. 1, ¶ 22.) Public sources reported that, by 2024, Siete's sales had reached $400 million with its products on 37,000 retail shelves in North America.[1] Analysts have reported that the potato chip market was valued at $10.07 billion

---

[1] *See, e.g.*, Sahar Chmais, Finance, Siete Family Foods' retail sales reach $400M as Austin brand aims for billion-dollar empire, https://finance.yahoo.com/news/siete-family-foods-retail-sales-230947234.html (April 18, 2024).

in 2023 and is expected to grow.[2] The global tortilla chip market, which reportedly was valued at $39 billion in 2025, is likewise expected to grow.[3]

Based on the data above, Plaintiffs believe the combined damages resulting from the Defendants' sales of the deceptively manufactured and marketed chips exceed $5,000,000.

Plaintiffs' position is supported by Defendants' Notice of Removal filed on October 2, 2026, in a parallel case now pending in the Northern District of California of behalf of California purchasers of the Class Products. (*Bachman v. Garza Food Ventures, LLC d/b/a Siete Foods, et al.*, No. 3:26-cv-11341 (ECF. No. 1).)[4] In the Notice of Removal, Defendants asserted that "Plaintiff's demand for monetary recovery—including compensatory damages, restitution, disgorgement, punitive damages, and attorneys' fees—places well over $5,000,000 in controversy." (Notice, ¶ 11.)

In support of this statement, Defendants cite the declaration of Veronica Garza (the "Garza Declaration"[5]), a Siete employee who is "responsible for overseeing sales data for Siete's products...." (ECF. No. 1-2, ¶ 2.) The Garza Declaration states that, for California alone, sales of the Class Products exceeded $5,000,000 in the previous four years. (*Id.* ¶ 4.) Thus, here, where plaintiffs seek to represent a nationwide class that would include the California purchasers (as well as purchasers in all other states), it follows that the amount in controversy exceeds $5,000,000.

For these reasons, Plaintiffs respectfully submit that the Court should find that it has subject-matter jurisdiction under CAFA and permit this action to move forward.

Respectfully Submitted,

DENLEA & CARTON LLP

*/s/ Leigh Smith*
Leigh Smith

cc: Counsel of Record (via ECF)

---

[2] *See, e.g.*, U.S. Potato Chips Market (2024 - 2030), https://www.grandviewresearch.com/industry-analysis/us-potato-chips-market.
[3] *See, e.g.*, Tortilla Chips Market Size, Share, Trends and Forecast by Nature, Type, Distribution Channel, and Region, 2026-2034, https://www.imarcgroup.com/tortilla-chips-market.
[4] The Notice is attached hereto as Exhibit A.
[5] The declaration of Veronica Garza is attached hereto as Exhibit B.